

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Deidre A. Grossman
212.497.8491 direct
212.583.9600 main
212.898.9088 fax
dgrossman@littler.com

December 11, 2014

**BY ECF**

The Honorable Pamela K. Chen
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Shaw v. Cigna Life Insurance Company of New York*, 14 Civ. 6830 (PKC)(LB)

Dear Judge Chen:

We are counsel for Cigna Life Insurance Company of New York ("CLICNY"), the defendant in the above-referenced matter.  We write to request an extension of CLICNY's time to answer, move, or otherwise respond to the complaint from December 18 to January 21, 2015.  This is CLICNY's first request for an extension.  Opposing counsel has consented to the additional time.

We thank the Court for its consideration in this matter.

Respectfully,

*/s Deidre A. Grossman*

Deidre A. Grossman


cc:     Rose M. Weber, Esq. (by ECF)

littler.com